*E-Filed 1/27/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TANISHA BUCKNER,

      Plaintiff,

  v.

COVENANT AVIATION SECURITY, et al.,

      Defendants.

_____/

No. C 11-06394 RS

**ORDER**

This matter was initially assigned to Magistrate Judge James. It was randomly reassigned to a United States District Judge when consent was not received from all parties. Now that all parties have consented to the jurisdiction of a Magistrate Judge, this matter shall be hereby reassigned to Magistrate Judge James for all further proceedings. Upon reassignment, the pending motion for partial summary judgment shall be re-noticed.

IT IS SO ORDERED.

Dated: 1/27/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER