# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| TANISHA BUCKNER, | No. C 11-6394 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COVENANT AVIATION SECURITY, et al., | |
| Defendants. | |
| _____/ | |

On December 30, 2011, the Defendant(s) in the above-captioned matter filed a motion for partial summary judgment, with a noticed hearing date of February 16, 2012. Dkt. No. 8. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby ORDERS Plaintiff Tanisha Buckner to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 16, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on March 1, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge