Denise Eaton May, Esq. (SBN 116780)
LAW OFFICES OF DENISE EATON MAY
15250 Hesperian Blvd, Ste 200
San Leandro, CA 94578
Telephone: (510) 888.1345
Facsimile: (510) 315.3015

Attorney for Plaintiff
TANISHA BUCKNER

**GRANTED**
*Judge Maria-Elena James*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANISHA BUCKNER<br><br>Plaintiff,<br><br>v.<br><br>COVENANT AVIATION SECURITY, et al.,<br><br>Defendant. | Case No.: C 11- 06394 RS<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

DATED: March 7, 2012

_Denise Eaton May_
Denise Eaton May, Esq.

i