Denise Eaton May, Esq. (SBN 116780)
LAW OFFICES OF DENISE EATON MAY
15250 Hesperian Blvd, Ste 200
San Leandro, CA 94578
Telephone: (510) 888.1345
Facsimile: (510) 315.3015

Attorney for Plaintiff
TANISHA BUCKNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANISHA BUCKNER<br><br>Plaintiff,<br><br>v.<br><br>COVENANT AVIATION SECURITY, et al.,<br><br>Defendant. | Case No.: 3:11-cv-06394-MEJ<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that all claims against all parties in this action have been resolved. Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the court dismiss this entire action, of all parties and all causes of action, with prejudice. This notice is being filed with the consent of all parties.

//

//

//

1

DATED: April 10, 2012

_____
Denise Eaton May, Esq.

**IT IS SO ORDERED THAT:**

1. Plaintiff's request to dismiss the entire action, of all parties and all causes of action, with prejudice is GRANTED.

**SO ORDERED.**

DATED: April 10, 2012

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
HONORABLE MARIA-ELENA JAMES

2